61 A.3d 145

IN THE MATTER OF ADAM KENNETH BLOCK, AN ATTORNEY
AT LAW (ATTORNEY NO. 046571993).

March 7, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–254, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **ADAM KENNETH BLOCK,** formerly of **UNION CITY,** who was admitted to the bar of this State in 1993, should be reprimanded for violating *RPC* 5.5(a)(practicing law while ineligible), and good cause appearing;

It is ORDERED that **ADAM KENNETH BLOCK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.